THE STATE ex rel. HILL, Collector, Appellant, v. ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY.

**Division Two, October 17, 1902.**

Appeal from Ray Circuit Court.—*Hon. E. J. Broaddus,* Judge.

AFFIRMED.

*Geo. W. Crowley* and *Jas. L. Farris, Jr.,* for appellant.

*Gardiner Lathrop, Samuel W. Moore* and *C. T. Garner* for respondent.

BURGESS, J.—This is a companion case to the case by the same plaintiff against the Wabash Railroad Company decided at the present term, found in this volume, at page 563, and for the same reasons assigned in that case the judgment is affirmed.

All of this Division concur.